**2010–1511. Delaney v. Levin.**
Board of Tax Appeals, No. 2010–K–18. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2010–1818. State v. Olcese.**
Portage App. No. 2010–P–0045. This cause is pending before the court as a discretionary appeal. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due November 8, 2010, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

Upon consideration of appellant's motions to stay the court of appeals' judgment and to challenge subject matter jurisdiction,

It is ordered by the court that the motions are denied as moot.

## CASE ANNOUNCEMENTS
### *November 19, 2010*

[Cite as *11/19/2010 Case Announcements #2*, 2010-Ohio-5655.]

## MOTION AND PROCEDURAL RULINGS

**2010–1982. State v. Daley.**
Cuyahoga App. No. 95689. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for emergency stay of the trial court order,

It is ordered by the court that the motion is denied.

## DISCIPLINARY CASES

**1992–1392. Columbus Bar Assn. v. Potts.**
On October 21, 2010, respondent, Byron L. Potts, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D) and with its order, dated December 18, 1996, in which the court reinstated respondent to the practice of law and placed him on monitored probation for a period of two years. Upon consideration thereof,

It is ordered by this court that the probation of respondent, Byron L. Potts, Attorney Registration No. 0040246, last known business address in Columbus, Ohio, is terminated.

It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.